

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00362-CV

Samuel C. **PERKINS**,
Appellant

v.

Lawanda C. Bryant **PERKINS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI04753
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are assessed against Appellant Samuel C. Perkins.

SIGNED July 26, 2017.

_____
Patricia O. Alvarez, Justice